Apple Massage Therapy, P.C., as Assignee of Nesha Ramdeo, Appellant, 
against
21st Century Ins. Co., Respondent.




Gary Tsirelman, P.C. (Douglas Mace of counsel), for appellant.
Law Offices of Bryan M. Rothenberg (Leslie A. Eyma, Jr. of counsel), for respondent.

Appeal from the order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered July 6, 2015. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
Contrary to plaintiff's contention, the proof submitted by defendant in support of its motion was sufficient to give rise to a presumption that the denial of claim forms had been properly mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]) and to demonstrate that defendant had properly used the workers' compensation fee schedule to determine the amount which plaintiff was entitled to receive for the services at issue. Plaintiff's remaining contention lacks merit.
Accordingly, the order is affirmed.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 12, 2019